IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEIJIN LIMITED, TEIJIN PHARMA LIMITED, and TAKEDA PHARMACEUTICALS U.S.A., INC., <br><br> Plaintiffs, <br><br> v. <br><br> PRINSTON PHARMACEUTICAL, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) C.A. No. _____ ) ) ) ) ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiffs Teijin Limited and Teijin Pharma Limited state as follows:

1. Plaintiff Teijin Pharma Limited is a wholly-owned subsidiary of Teijin Limited.

2. Teijin Limited is a publicly traded company. Teijin Limited has no corporate parents and no entity owns 10% or more of its stock.

OF COUNSEL:

Bruce M. Wexler
Joseph M. O'Malley, Jr.
David M. Conca
Melanie R. Rupert
Jason T. Christiansen
PAUL HASTINGS LLP
75 East 55th Street
New York, NY 10022
(212) 318-6000

July 1, 2014

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Maryellen Noreika

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Teijin Limited and Teijin Pharma Limited*